United States District Court
Southern District of Texas

**ENTERED**

October 29, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LESLIE DREYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:24-CV-00259 |
| | § | |
| 3C INDUSTRIAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Joint Notice of Rule 41 Dismissal with Prejudice (D.E. 31), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on October 29, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1